1817.

HENDRICKS
v.
ROBINSON.

HENDRICKS *against* ROBINSON and FRANKLINS.

After a final decree, an order for the defendant to account before the master, so as to vary the relief sought by the bill, will not be granted on motion; but the reference must be granted, if at all, after a *rehearing* in the cause.

*June* 16th.

*BRINCKERHOFF*, and *Hoffman*, for the plaintiff, moved for an order, founded on the pleadings, proofs and decree in this cause, that the defendant *Henry Franklin* account before a master for the rents and profits of the real estate, mentioned in the pleadings to have been conveyed by the defendants *A. & J. Franklin*, to *Henry Franklin*; and that he state, on oath, to the master, the parts of the real estate conveyed by him, and to whom, and the time when, and the consideration for each parcel; and that he also state, on oath, the personal estate received by him from the above defendants, or from any other person, on their account; and

[ * 485 ]

that he account for the same; and that the *master report whether the said *Henry Franklin* had possessed himself, by assignment or otherwise, of the several judgments of *J. Mowatt* of *J. & N. Heard*, and of *W. Miller* and others, against *Franklin, Robinson & Co.*, and whether he so possessed himself of the said judgments, as the agent of, and with the funds of *Robinson, Franklin & Co.*

In support of this motion, they cited 4 *Johns. Rep.* 601. 546—8. 2 *Harr. Prac.* 108. 7 *Vesey*, 292. 13 *Vesey*, 393.

*Harison, T. A. Emmet*, and *Riggs*, contra, opposed the motion, on the ground that this would be a material alteration of the relief granted by the decree in this cause, which went no further, in respect to *Henry Franklin*, than to declare that the conveyances from *Abraham* and *John Franklin* to him, executed in *February* and *March*, 1808, were fraudulent and void. That if the decree was defective in this respect, it could not be corrected on motion, but there must be a rehearing; and even if the cause was now reheard the bill itself did not entitle the plaintiff to this relief, for he had not established any title to the real estate of *Abraham* and *John Franklin*, being only a judgment creditor, and the rent

† *Ante*, p. 283.
S. C.

and profits belonged rather to their assignees.†

THE CHANCELLOR. The relief sought cannot be obtained upon this motion. There must, at least, be a rehearing.
374

The application goes to change, essentially, the nature and extent of relief; and the reference called for cannot be considered as a mere omission in the decree, to be supplied as of course. It is questionable whether the reference could be granted under the circumstances of this case, even upon a rehearing; but, without giving any opinion on that point, this motion must be denied.